missed the complaint. Upon the trial at the close of the evidence counsel for both defendants omitted to move for a dismissal of the complaint or a direction of a verdict, thereby conceding that there was evidence which justified a submission of the case to the jury. The Appellate Division was, therefore, powerless to reverse the judgment upon the law and hold as matter of law that there was no evidence in the case to establish plaintiff's cause of action. (*Murtha* v. *Ridley*, 232 N. Y. 488; *Caldwell* v. *Nicolson*, 235 N. Y. 209; *Eno* v. *Klein*, 236 N. Y. 543.) The record is barren of any meritorious exceptions taken to the admission of evidence on the trial.

The judgment of the Appellate Division should be reversed and the judgment of the Trial Term affirmed, with costs to appellant in this court and the Appellate Division.

HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MC-LAUGHLIN, CRANE and ANDREWS, JJ., concur.

Judgment accordingly.

---

THE CITY OF NEW YORK, Appellant, *v.* INTERBOROUGH RAPID TRANSIT COMPANY et al., Respondents.

*New York city — subway construction — action to set aside determination of chief engineer of public service commission.*

*City of New York* v. *Interborough R. Tr. Co.*, 205 App. Div. 842, affirmed.

(Argued April 30, 1923; decided May 29, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 19, 1923, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term. The action was in equity to procure a decree setting aside a determination of the chief engineer of the public service commission approving certain expenditures made by the defendant toward the cost of subway construction under contract No. 3, dated March 19, 1913, upon the ground that the engineer improperly and erroneously allowed certain items.

*George P. Nicholson, Corporation Counsel (John F. O'Brien* and *Josiah A. Stover* of counsel), for appellant.

*De Lancy Nicoll, J. Tufton Mason* and *James L. Quackenbush* for Interborough Rapid Transit Company, respondent.

*George H. Stover* and *George O. Redington* for Robert Ridgway, as chief engineer, respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN and CRANE, JJ. Dissenting: HOGAN, J. Absent: ANDREWS, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* AMERICAN COTTON EXCHANGE, Appellant, Impleaded with Others.

*Crimes — maintaining " bucket shop "— judgment of conviction affirmed.*

People v. *American Cotton Exchange,* 204 App. Div. 870, affirmed.
(Argued April 30, 1923; decided May 29, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 24, 1922, which affirmed a judgment of the New York County Criminal Trial Term rendered upon a verdict convicting the defendant, appellant, of the crime of maintaining a " bucket shop " in violation of sections 390 and 394 of the Penal Law.

*Albert Massey* for appellant.

*Joab H. Banton, District Attorney (John Caldwell Myers* and *Hugo Wintner* of counsel), for respondent.

Judgment affirmed under provision of section 542 of Code of Criminal Procedure; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN and CRANE, JJ. Absent: ANDREWS, J.